NEWMEYER & DILLION LLP
GREGORY L. DILLION, CBN 93712
Greg.Dillion@ndlf.com
RYAN M. MANNING, CBN 208648
Ryan.Manning@ndlf.com
ANNE J. KELLEY, CBN 168217
Anne.Kelley@ndlf.com
1333 N. California Blvd., Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Attorneys for Defendants
LANDSEA HOLDINGS CORPORATION, a Delaware corporation, and LANDSEA HOMES OF CALIFORNIA, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANDSEA HOLDINGS CORPORATION, a Delaware corporation, LANDSEA HOMES OF CALIFORNIA, INC., a Delaware corporation, JAN GYLLSTROM, an individual, MARIA MUNOZ, an individual and successor in interest to decedent Jose Guadalupe Munoz Padilla, JOSE EMMANUEL MUNOZ, an individual, LUIS FERNANDO MUNOZ, an individual, JOCELYN DE JESUS MUNOZ, an individual,<br><br>Defendants. | CASE NO.: 4:21-cv-01558 HSG<br>JUDGE: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER AMENDING BRIEFING SCHEDULE ON PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br><br>FILE DATE: March 4, 2021<br>TRIAL DATE SET: No Date Set |

Having considered the parties' Joint Stipulation to Amend Briefing Schedule on Plaintiff's Cross-Motion for Summary Judgment and the Declaration of Gregory L. Dillion, the Court hereby GRANTS the parties' stipulation and orders that the Landsea Entities shall file their opposition brief to Plaintiff's Cross-Motion for Summary Judgment by May 24, 2021, and Plaintiff shall file its reply brief by June 7, 2021.

**IT IS SO ORDERED.**

Dated: 5/3/2021

HON. HAYWOOD S. GILLIAM, JR.