1    **MUSICK, PEELER & GARRETT LLP**

2         624 South Grand Avenue, Suite 2000
           Los Angeles, California 90017-3383
3             Telephone (213) 629-7600
              Facsimile (213) 624-1376

4    Susan J. Field (State Bar No. 086200)
       *s.field@musickpeeler.com*
5    Karen L. Bizzini (State Bar No. 119391)
       *k.bizzini@musickpeeler.com*
6
     Attorneys for Intervenor
7    IRONSHORE SPECIALTY
     INSURANCE COMPANY
8

9                    **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                        **OAKLAND DIVISION**

12   GENERAL SECURITY INDEMNITY       Case No. 4:21-cv-01558-HSG
     COMPANY OF ARIZONA, an Arizona
13   corporation,

14           Plaintiff,

15           vs.

16   LANDSEA HOLDINGS                 **ORDER OF REQUEST FOR**
     CORPORATION, a Delaware          **TELEPHONIC APPEARANCE**
17   corporation, LANDSEA HOMES OF    **AT CASE MANAGEMENT**
     CALIFORNIA, INC. a Delaware      **CONFERENCE (as modified)**
18   corporation, JAN GYLLSTROM, an   Date:    January 18, 2022
     individual, MARIA MUNOZ, an      Time:    1:45 p.m.
19   individual and successor in interest to   Ctrm.:   2
     decedent Jos Guadalupe Munoz Padilla,
20   JOSE EMMANUEL MUNOZ, an
     individual, LUIS FERNANDO
21   MUNOZ, an individual, JOCELYN DE
     JESUS MUNOZ, an individual,
22
             Defendants.
23

24

25

26

27

28

**MUSICK, PEELER**
**& GARRETT LLP**

Case No. 4:21-cv-01558-HSG

1    Having considered the parties Ironshore Specialty Insurance Company
2  ("Ironshore"), Jan Gyllstrom ("Gyllstrom") and Maria Munoz, Jose Emmanuel
3  Munoz, Luis Fernando Munoz, and Jocelyn De Jesus Munoz's (collectively "the
4  Munoz parties") Request for Order of Telephonic or Video Appearance at Case
5  Management Conference and the Declaration of Susan J. Field, the Court hereby
6  GRANTS the request and orders that Ironshore, Gyllstrom and the Munoz parties
7  shall appear telephonic at the upcoming Case Management Conference scheduled
8  for January 18, 2022 at 1:45 p.m.   Counsel shall use the following dial-in
9  information to access the call:

10
11    Dial-In:  888-808-6929/Passcode:  6064255.

12
13    _____
14  IT IS SO ORDERED.    HON. HAYWOOD S. GILLIAM, JR.

15
16  DATED:  January 14, 2022

17
18
19
20
21
22
23
24
25
26
27
28